**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (if known): _____  Chapter 11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Immune Oncology Pharmaceuticals, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1 Bridge Plaza North<br>Suite 270<br>Fort Lee, NJ 07024<br>Number, Street, City, State & ZIP Code | <br><br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Bergen<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   www.immunepharma.com

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   Immune Oncology Pharmaceuticals, Inc.                                    Case number (if known)
         Name

7. Describe debtor's business    A. Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. Check all that apply
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       3254

8. Under which chapter of the Bankruptcy Code is the debtor filing?    Check one:
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. Check all that apply:
      ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
      ☐ A plan is being filed with this petition.
      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   ■ No.
   ☐ Yes.
   If more than 2 cases, attach a separate list.
   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☐ No
    ■ Yes.
    List all cases. If more than 1, attach a separate list
    Debtor   **See Attachment**                              Relationship _____
    District _____ When _____ Case number, if known _____

Debtor  Immune Oncology Pharmaceuticals, Inc.          Case number (if known) _____
        Name

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

Where is the property? _____
                       Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Immune Oncology Pharmaceuticals, Inc.**　　　　Case number (if known)
　　　Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**February 26, 2019**
　　　　　　　MM / DD / YYYY

X _____　　　**Tony Fiorino**
Signature of authorized representative of debtor　　Printed name

Title　**President**

**18. Signature of attorney**

X _____　　　Date　**February 26, 2019**
Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Morris S. Bauer, Esq. 039711990**
Printed name

**Norris McLaughlin, P.A.**
Firm name

**400 Crossing Blvd
8th Floor
Bridgewater, NJ 08807**
Number, Street, City, State & ZIP Code

Contact phone　**908-722-0700**　　Email address　**msbauer@norris-law.com**

**039711990 NJ**
Bar number and State

| Debtor | Immune Oncology Pharmaceuticals, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (if known) _____  Chapter __11__

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Cytovia, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | | Case number, if known | |
| Debtor | Immune Pharmaceuticals USA Corporation | | | Relationship to you | Affiliate |
| District | New Jersey | When | | Case number, if known | |
| Debtor | Immune Pharmaceuticals, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 2/17/19 | Case number, if known | 19-13273 |
| Debtor | Immune Pharmaceuticals, Ltd. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 2/22/19 | Case number, if known | 19-13710 |
| Debtor | Maxim Pharmaceuticals, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | | Case number, if known | |

## RESOLUTION OF BOARD OF DIRECTORS OF
## IMMUNE ONCOLOGY PHARMACEUTICALS, INC.

I, Anthony Fiorino a/k/a Tony Fiorino, the President and sole Director of Immune Oncology Pharmaceuticals, Inc. (the "Company"), a Delaware corporation, hereby certify that at a Special Meeting of the Board of Directors of said corporation, the sole director consented to the following resolution:

Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Anthony Fiorino, President and sole Director of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Anthony Fiorino, the President and sole Director of the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Anthony Fiorino, the President and sole Director of the Company, is authorized and directed to employ the law firm of Norris McLaughlin, P.A. to represent the Company in such bankruptcy case; and

**IN WITNESS WHEREOF**, I have hereunto set my hand on this 26th day of February, 2019.

Anthony Fiorino (a/k/a Tony Fiorino), President and sole Director

The above is a true copy of the Minute of a Special Meeting held by the Board of Directors of the above named company the day and year stated above.

John Clark, Secretary/Treasurer

Fill in this information to identify the case:
Debtor name: Immune Oncology Pharmaceuticals, Inc.
United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

## United States Bankruptcy Court
### District of New Jersey

In re   Immune Oncology Pharmaceuticals, Inc.
          Debtor(s)

Case No.
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Immune Oncology Pharmaceuticals, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Immune Pharmaceuticals, Inc.
1 Bridge Plaza North
Suite 270
Fort Lee, NJ 07024

☐ None [*Check if applicable*]

February 26, 2019
Date

Morris S. Bauer, Esq. 039711990
Signature of Attorney or Litigant
Counsel for   Immune Oncology Pharmaceuticals, Inc.
Norris McLaughlin, P.A.
400 Crossing Blvd
8th Floor
Bridgewater, NJ 08807
908-722-0700 Fax:908-722-0755
msbauer@norris-law.com

Fill in this information to identify the case:

Debtor name: **Immune Oncology Pharmaceuticals, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■ Other document that requires a declaration    **Corproate Ownership Statement (Rule 7007.1)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 26, 2019**    X _____(signature)_____
Signature of individual signing on behalf of debtor

**Tony Fiorino**
Printed name

**President**
Position or relationship to debtor